AUGUSTA LANDES, Respondent, *v.* LEONARD LANDES, Appellant.

*Landes* v. *Landes*, 178 App. Div. 917, affirmed.
(Submitted March 14, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 31, 1917, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for a separation. Defendant contended that the complaint was based upon insufficient and frivolous grounds; that the findings of fact were insufficient to sustain the judgment; that the action could not be maintained by reason of an existing separation agreement between the parties, and that the award of alimony was excessive.

*Louis J. Vorhaus* and *Charles Goldzier* for appellant.
*Max D. Steuer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.